UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

Wally Edgell, Ph.D.
Clerk of Court

William R. Hinerman
Chief Deputy Clerk

OFFICE OF THE CLERK OF COURT
POST OFFICE BOX 2857
CLARKSBURG, WEST VIRGINIA 26301
Telephone 304/622-8513

P.O. Box 1518
Elkins, WV 26241
304/636-1445

✓ P.O. Box ___
Wheeling, WV 26003
304/232-0011

217 W. King St.
Martinsburg, WV 25402





June 5, 2007

E-filing

United States District Court,
Northern District of California
450 Golden Gate Ave.
PO Box 36060
San Francisco, CA 94102
Attn: Rufino Santo

C 07    3079
         SI

RE:  MDL 07-1827 In re TFT-LCD (Flat Panel) Antitrust Litigation
     John Martich v. AU Optronics Corp., et al.
     WVND Civil Action No. 5:07-cv-15

Dear Deputy Clerk Santo:

   Pursuant to your letter requesting transfer of the above MDL case, enclosed please find the above-referred case file, along with a certified copy of the docket sheet.

   Please acknowledge receipt of this case file on the enclosed copy of this letter and return in the stamped, self-addressed envelope provided.

   If you need any additional information or copies, please let me know.

                                    Sincerely,

                                    Wally Edgell, Ph.D., Clerk

                                    By_____
                                      Clara M. Cottrell
                                      Deputy Clerk

WE/cc
enc.

Receipt is acknowledged of the case file described herein.
Date Received_____  BY:_____

**RECEIVED**

JUN  4 2007

U.S. DISTRICT COURT
WHEELING, WV 26003

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

29 May 2007

U.S. District Court
Northern District of West Virginia
P.O. Box 471
Wheeling, WV 26003-0060

E-filing

C 07 3079 SI

Re: ___MDL 07-1827 In re TFT-LCD (Flat Panel) Antitrust Litigation___

Title of Case(s)
*John Martich -v- AU Optronics Corp., et al*

Your Case Number(s)
C.A. No. 5:07-0015

Dear Clerk:

   Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable Susan Illston for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

   Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: Rufino Santos

   If the case is an electronic case filing please do one of the following: 1) e-mail the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to **rufino_santos@cand.uscourts.gov,** 2) provide us with a temporary log in and a password to directly access your database and to expedite the downloading of the PDF files we need and/or require, or, 3) if you prefer, on a disc. We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

*R. C. Santos*

By: Rufino Santos
Deputy Clerk

Encl.