CLOSED

## U.S. District Court
### Northern District of West Virginia [Live] (Wheeling)
### CIVIL DOCKET FOR CASE #: 5:07-cv-00015-FPS

| | |
|---|---|
| Martich v. AU Optronics Corp. America et al | Date Filed: 01/26/2007 |
| Assigned to: District Judge Frederick P. Stamp, Jr | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**John Martich**
*on behalf of himself and all others similarly situated in the State of West Virginia*

represented by **M. Eric Frankovitch**
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Rd.
Weirton, WV 26062-3828
304-723-4400
Fax: 304-723-4574
Email: eric@facslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael G. Simon**
Frankovitch, Anetakis, Colantonio & Simon - Weirton
337 Penco Rd.
Weirton, WV 26062
304-723-4400
Fax: 304-723-5892
Email: msimon@facslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AU Optronics Corp. America**

**Defendant**

**CHI MEI Optoelectronics Co., LTD.**

**Defendant**

**CHI MEI Optoelectronics USA, Inc.**

**Defendant**

**Chunghwa Picture Tubes, LTD**

**Defendant**
Fujitsu Limited, Inc.

**Defendant**
Fujitsu America, Inc.

**Defendant**
Hannstar Display Corporation

**Defendant**
Hitachi, LTD.

**Defendant**
Hitachi Displays, LTD.

**Defendant**
Hitachi America, LTD.

**Defendant**
Idtech Co., LTD.

**Defendant**
Idtech USA, Inc.

**Defendant**
IPSA Alpha Technology, LTD.

**Defendant**
L.G. Philips LCD Co., LTD.

**Defendant**
L.P. Philips LCD America, Inc.          represented by  **Jeffrey A. Holmstrand**
                                                         McDermott & Bonenberger, PLLC
                                                         53 Washington Ave.
                                                         Wheeling, WV 26003
                                                         304-242-3220
                                                         Fax: 304-242-2907
                                                         Email: jaholmstrand@mandblaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**
Matsushita Electric Industrial Co., Ltd.

**Defendant**
Panasonic Corporation of North America

**Defendant**
Mitsubishi Electric Corporation

**Defendant**
Mitsubishi Electric & Electronics USA, Inc.

**Defendant**
NEC Electronics Corporation

**Defendant**
NEC Electronics America, Inc.

**Defendant**
NEC LCD Technologies, Ltd.

**Defendant**
Samsung Electronics Company Ltd.

**Defendant**
Samsung Electronics America

**Defendant**
Sanyo Electric Co., LTD.

**Defendant**
Sanyo North America Corporation

**Defendant**
Epson Imaging Devices Corporation

**Defendant**
Seiko Epson Corporation

**Defendant**
Epson America, Inc.

**Defendant**
Epson Electronics America, Inc.

**Defendant**
Sharp Corporation

**Defendant**
Sharp Electronics Corporation

**Defendant**
Sony Corporation

*TERMINATED: 04/04/2007*

**Defendant**

**Sony Corporation of America**
*TERMINATED: 04/04/2007*

**Defendant**

**Sony Electronics, Inc.**
*TERMINATED: 04/04/2007*

**Defendant**

**S-LCD Corporation**

**Defendant**

**Syntax-Brillian Corp.**

**Defendant**

**S-LCD Corporation**

**Defendant**

**Toshiba Corporation**

**Defendant**

**Toshiba America Inc.**

**Defendant**

**Toshiba Matsushita Display Technology Co., LTD.**

**Defendant**

**John Does 1- 100**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 01/26/2007 | 1 | COMPLAINT against all defendants, filed by John Martich. (copy to Judge)(rjs) Modified on 1/29/2007 - edited filing date to reflect date filed not entered into cm/ecf (rjs). (Entered: 01/29/2007) |
| 01/26/2007 | 2 | Filing fee: $ 350.00, receipt number 052484 (Wheling) (rjs) (Entered: 01/29/2007) |
| 03/02/2007 | 3 | Summons (20) Issued as to Fujitsu America, Inc., Hitachi America, LTD., Idtech Co., LTD., L.P. Philips LCD America, Inc., Panasonic Corporation of North America, Mitsubishi Electric & Electronics USA, Inc., NEC Electronics Corporation, NEC Electronics America, Inc., Samsung Electronics America, Sanyo North America Corporation, Epson America, Inc., Epson Electronics America, Inc., Sharp Corporation, Sharp Electronics Corporation, Sony Corporation, Sony Corporation of America, Sony Electronics, Inc., Syntax-Brillian Corp., AU Optronics |

| | | |
|---|---|---|
| | | Corp. America, CHI MEI Optoelectronics USA, Inc. to counsel for plaintiff. (cc, ) (Entered: 03/02/2007) |
| 03/02/2007 | 4 | Summons Issued as to Toshiba America Inc. to counsel for plaintiff. (cc, ) (Entered: 03/02/2007) |
| 03/15/2007 | 5 | NOTICE of Voluntary Dismissal by John Martich (Simon, Michael) (Entered: 03/15/2007) |
| 03/22/2007 | 6 | STIPULATION *for Extension of Time and Proposed Order* by L.P. Philips LCD America, Inc.. (Holmstrand, Jeffrey) (Entered: 03/22/2007) |
| 03/22/2007 | 7 | Corporate Disclosure Statement by L.P. Philips LCD America, Inc. identifying LG. Philips LCD Co., Ltd. as Corporate Parent. (Holmstrand, Jeffrey) (Entered: 03/22/2007) |
| 04/02/2007 | 8 | Summons Returned Unexecuted by John Martich by Sec of State as to NEC Electronics Corporation. Attempted unknown.(cc, ) (Entered: 04/06/2007) |
| 04/02/2007 | 9 | Summons Returned Unexecuted as to Epson America, Inc.. by Secretary of State "unclaimed, unable to forward" (cc, ) (Entered: 04/06/2007) |
| 04/02/2007 | 10 | SUMMONS Returned Executed Epson Electronics America, Inc. served on 3/8/2007 by certified mail by Sec of State; answer due 3/28/2007. (cc, ) (Entered: 04/06/2007) |
| 04/02/2007 | 11 | SUMMONS (4) Returned Executed (1) Panasonic Corporation of North America served on 3/9/2007, answer due 3/29/2007; (2) Sanyo North America Corporation served on 3/9/2007, answer due 3/29/2007; (3) Sharp Electronics Corporation served on 3/9/2007, answer due 3/29/2007; (4) Toshiba America Inc. served on 3/9/2007, answer due 3/29/2007. All served by certified mail by Sec of State. (cc, ) (Entered: 04/06/2007) |
| 04/02/2007 | 12 | SUMMONS (10) Returned Executed AS TO Hitachi America, LTD. served on 3/12/2007, answer due 4/2/2007; Idtech USA, Inc. served on 3/12/2007, answer due 4/2/2007; L.P. Philips LCD America, Inc. served on 3/12/2007, answer due 4/2/2007; NEC Electronics America, Inc. served on 3/12/2007, answer due 4/2/2007; Sharp Corporation served on 3/12/2007, answer due 4/2/2007; Syntax-Brillian Corp. served on 3/12/2007, answer due 4/2/2007; AU Optronics Corp. America served on 3/12/2007, answer due 4/2/2007; CHI MEI Optoelectronics USA, Inc. served on 3/12/2007, answer due 4/2/2007; and Sony Corp of America (dismissed) and Sony Corp (dismissed). All servied by Sec of State by Certified mail. (cc, ) (Entered: 04/06/2007) |
| 04/02/2007 | 13 | SUMMONS Returned Executed as to Fujitsu America, Inc. served on 3/14/2007, answer due 4/3/2007. Served by Sec of State by certified mail. (cc, ) (Entered: 04/06/2007) |
| 04/02/2007 | 14 | SUMMONS Returned Executed as to Samsung Electronics America by Sec of State by Certified mail. Return receipt does not have a date (cc, ) (Entered: 04/06/2007) |

| | | |
|---|---|---|
| 04/02/2007 | 15 | SUMMONS Returned Executed as to Sony Electronics (dismissed) by Sec of State by certified mail. Return receipt does not have a date of delivery. (cc, ) (Entered: 04/06/2007) |
| 04/02/2007 | 16 | SUMMONS Returned Executed as to Mitsubishi Electric & Electronics, USA by Sec of State by certified mail. Return receipt does not have a date of delivery. (cc, ) (Entered: 04/06/2007) |
| 05/14/2007 | 17 | Courtesy COPY OF CONDITIONAL TRANSFER ORDER )CTO-1) Docket o. 1827 c to Judge(cc, ) (Entered: 05/15/2007) |
| 06/04/2007 | 18 | CERTIFIED CONDITIONAL TRANSFER ORDER case transferred to Northern Dist of California. (c to Judge) (cc, ) (Entered: 06/05/2007) |
| 06/04/2007 | | Case transferred to Northern District of California. Original file, certified copy of transfer order, and docket sheet sent. (cc, ) (Entered: 06/05/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/15/2007 12:24:32 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 5:07-cv-00015-FPS |
| Billable Pages: | 3 | Cost: | 0.24 |